**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 108.224.54.127**

**ISP:** AT&T U-verse
**Physical Location:** Lansing, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/03/2018 18:57:47 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 03/03/2018 16:02:20 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 10/16/2017 06:21:46 | 0294BB72CCDC51CD5DCE35057907DAA15DA461A6 | Supermodel Sex |

**Total Statutory Claims Against Defendant: 3**

EXHIBIT A

NWMI127