✎ AO 121 (6/90)

| TO:  Register of Copyrights  Copyright Office  Library of Congress  Washington, D.C. 20559 | REPORT ON THE  FILING OR DETERMINATION OF AN  ACTION OR APPEAL  REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME  United States District Court  Western District of Michigan |
|---|---|
| **DOCKET NO.** 1:18-cv-505 / **DATE FILED** 5/6/2018 | |

| PLAINTIFF  Malibu Media, LLC | DEFENDANT  John Doe subscriber assigned IP Address 108.224.54.127 |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  See attached copy of complaint  with exhibits | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY  ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED X Notice of Voluntary Dismissal  ☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED  ☒ Yes    ☐ No | DATE RENDERED  8/1/2018 |
|---|---|---|

| CLERK  Thomas L. Dorwin | (BY) DEPUTY CLERK  /s/ N. Stimec | DATE  8/2/2018 |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action,        mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s),        mail copy to Register of Copyrights
3) Upon termination of action,        mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy